NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY E. GOSSAGE,**
*Petitioner,*

**v.**

**DEPARTMENT OF LABOR,**
*Respondent.*

---

2014-3005

---

Petition for review of the Merit Systems Protection Board in No. SF-3330-13-0517-I-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Henry E. Gossage moves for reconsideration and "relief from Void Judgments" concerning the court's December 12, 2013 order that denied consolidation of this appeal with another appeal and directed him to pay the filing fee or submit the proper forms to waive the fee in this case.

Upon consideration thereof,

2                                                      GOSSAGE v. LABOR

IT IS ORDERED THAT:

(1)  The motions are denied.

(2)  If Gossage does not submit the filing fee or complete and return the enclosed "Motion and Declaration for Leave to Proceed In Forma Pauperis" within 21 days from the date of filing of this order, this appeal will be dismissed.

(3)  Gossage's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

(Enclosed: Motion and Declaration for Leave to Proceed In Forma Pauperis)